UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                  §
                                        §
PULIDO, ANA L                           §    Case No. 12-00047
PULIDO, ELISEO                          §
                                        §
                                        §
                Debtor(s)               §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter   of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                     $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]              $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____   By:/s/Elizabeth C. Berg, Trustee_____
                                              Trustee



**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 12-00047 MB | Judge: MANUEL BARBOSA | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | PULIDO, ANA L | | Date Filed (f) or Converted (c): | 01/03/12 (f) |
| | PULIDO, ELISEO | | 341(a) Meeting Date: | 02/13/12 |
| For Period Ending: | 11/03/12 | | Claims Bar Date: | 06/27/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE | 265,700.00 | 0.00 | | 0.00 | FA |
| 5103 Hawkwood Court, Carpentersville, IL | | | | | |
| 2. RENTAL PROPERTY | 63,600.00 | 0.00 | | 0.00 | FA |
| 561 Cooper Ave, Elgin, IL 60120 (Ana sole owner) | | | | | |
| 3. RENTAL PROPERTY | 196,300.00 | 0.00 | | 0.00 | FA |
| 5933 Pine Hollow Road, Carpentersville, IL 60110 | | | | | |
| 4. COMMERCIAL PROPERTY | 120,000.00 | 0.00 | | 0.00 | FA |
| 557 Cooper Ave, Elgin, IL 60120 (Auto Repair Shop solely owned by Ana) | | | | | |
| 5. FINANCIAL ACCOUNTS | 11.00 | 0.00 | | 0.00 | FA |
| Chase Bank Checking Account (Jointly) | | | | | |
| 6. FINANCIAL ACCOUNTS | 300.00 | 0.00 | | 0.00 | FA |
| Chase Bank Checking Account (Account Owner is son, Marco A. Pulido. Anna is co-owner because MAP is minor) | | | | | |
| 7. FINANCIAL ACCOUNTS | 10.00 | 0.00 | | 0.00 | FA |
| PNC Bank Checking Account (Jointly Owned) | | | | | |
| 8. FINANCIAL ACCOUNTS | 1.00 | 0.00 | | 0.00 | FA |
| Chase Bank Business Checking Account - TBJ Auto Repair | | | | | |
| 9. FINANCIAL ACCOUNTS | 1.00 | 0.00 | | 0.00 | FA |
| PNC Bank Savings Account | | | | | |
| 10. HOUSEHOLD GOODS | 1,500.00 | 0.00 | | 0.00 | FA |
| 11. WEARING APPAREL | 100.00 | 0.00 | | 0.00 | FA |
| 12. INSURANCE POLICIES | 2,300.00 | 0.00 | | 0.00 | FA |
| 13. PENSION / PROFIT SHARING | 1,500.00 | 0.00 | | 0.00 | FA |
| 14. STOCK | 120,000.00 | 0.00 | | 0.00 | FA |
| TBJ Auto Repair Inc. 557 Cooper Avenue, Elgin, IL 60120 | | | | | |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| Case No: | 12-00047 | MB | Judge: MANUEL BARBOSA | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | PULIDO, ANA L | | | | Date Filed (f) or Converted (c): | 01/03/12 (f) |
| | PULIDO, ELISEO | | | | 341(a) Meeting Date: | 02/13/12 |
| | | | | | Claims Bar Date: | 06/27/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Building Value: $120,000 | | | | | |
| 15. LIQUIDATED CLAIMS | 7,700.00 | 0.00 | | 0.00 | FA |
| 2010 Tax Refund | | | | | |
| 16. VEHICLES - 06 Pontiac G6 | 5,500.00 | 0.00 | | 0.00 | FA |
| 06 Pontiac G6 - 80,000 miles | | | | | |
| 17. VEHICLES - Chevy Express | 5,000.00 | 0.00 | | 0.00 | FA |
| 2005 Chevy Express - 80,000 miles | | | | | |
| 18. VEHICLES - 2005 Hummer H2 | 16,350.00 | 0.00 | | 4,002.00 | FA |
| equity sold to Debtors (with settlement of post-petition Hyundai sale) per order 4/19/12 | | | | | |
| 19. VEHICLES - 2003 Hyundai | 2,000.00 | 0.00 | | 0.00 | FA |
| owned 50% with son, sold post-petition for $600; Trustee settled with debtors as part of order dated 4/19/12 | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $807,873.00    $0.00    $4,002.00    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee negotiated and obtained approval of settlement with Debtors' to recover Estate's equity in two motor vehicles.
Trustee has collected $4,000 in setltlement proceeds and is preparing to make final distribution to creditors. Trustee
anticipates case will close in early 2013.

Initial Projected Date of Final Report (TFR): 12/01/12    Current Projected Date of Final Report (TFR): 12/15/12

LFORM1    UST Form 101-7-TFR (5/1/2011) *(Page: 4)*    Ver: 16.05c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 12-00047 -MB | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | PULIDO, ANA L | Bank Name: | Congressional Bank |
| | PULIDO, ELISEO | Account Number / CD #: | *******6765 Checking Account |
| Taxpayer ID No: | *******9058 | | |
| For Period Ending: | 11/03/12 | Blanket Bond (per case limit): | $ 100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/23/12 | 18 | Ana Pulido<br>Cashier's Check - Chase | Installment Payment 1 of 6 | 1129-000 | 667.00 | | 667.00 |
| 05/29/12 | 18 | Ana Pulido<br>Cashier's Check - Chase | Installment Payment 2 of 6 | 1129-000 | 667.00 | | 1,334.00 |
| 06/22/12 | 18 | Ana Pulido<br>Cashier's Check - Chase | Installment Payment 3 of 6 | 1129-000 | 667.00 | | 2,001.00 |
| 07/25/12 | 18 | Ana Pulido<br>Cashier's Check - Chase | Installment Payment 4 of 6 | 1129-000 | 667.00 | | 2,668.00 |
| 09/26/12 | 18 | Ana Pulido<br>Cashier's Check - Chase | Installment Payment 5 & 6 | 1129-000 | 1,334.00 | | 4,002.00 |

|  | Account *******6765 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
|  | 5 | Deposits | 4,002.00 | 0 | Checks | 0.00 |
|  | 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
|  | | | | 0 | Transfers Out | 0.00 |
|  | | Subtotal | $ 4,002.00 | | | |
|  | | | | | Total | $ 0.00 |
|  | 0 | Adjustments In | 0.00 | | | |
|  | 0 | Transfers In | 0.00 | | | |
|  | | Total | $ 4,002.00 | | | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 12-00047 -MB | | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | PULIDO, ANA L | | Bank Name: | Congressional Bank |
| | PULIDO, ELISEO | | Account Number / CD #: | *******6765 Checking Account |
| Taxpayer ID No: | *******9058 | | | |
| For Period Ending: | 11/03/12 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 03, 2012 |
|---|---|---|---|---|---|---|

Case Number:  12-00047  
Debtor Name:  PULIDO, ANA L

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg & Wallace<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Administrative | | $1,000.00 | $0.00 | $1,000.00 |
| 001<br>3110-00 | Baldi Berg & Wallace, LLC<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Administrative | | $643.00 | $0.00 | $643.00 |
| 000002<br>070<br>7100-00 | Atlas Acquisitions LLC (Citibank - Sears)<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $9,051.36 | $0.00 | $9,051.36 |
| 000003<br>070<br>7100-00 | Atlas Acquisitions LLC (First Equity Card Corp)<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $7,637.55 | $0.00 | $7,637.55 |
| 000004<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $11,084.02 | $0.00 | $11,084.02 |
| 000005<br>070<br>7100-00 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $496.16 | $0.00 | $496.16 |
| 000006<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Unsecured | | $12,671.85 | $0.00 | $12,671.85 |
| 000007<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Unsecured | | $11,186.90 | $0.00 | $11,186.90 |
| 000008<br>070<br>7100-00 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $10,091.75 | $0.00 | $10,091.75 |
| 000009<br>070<br>7100-00 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $5,763.40 | $0.00 | $5,763.40 |

Page 2

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: November 03, 2012

Case Number: 12-00047
Debtor Name: PULIDO, ANA L

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000010 070 7100-00 | CREDITONE, LLC<br>PO BOX 625<br>METAIRIE, LA 70004-0625 | Unsecured | | $11,463.55 | $0.00 | $11,463.55 |
| 000011 070 7100-00 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $1,703.24 | $0.00 | $1,703.24 |
| 000001 050 4210-00 | Snap-on Credit LLC<br>950 Technology Way Suite 301<br>Libertyville, IL 60048 | Secured | | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $82,792.78 | $0.00 | $82,792.78 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-00047
Case Name: PULIDO, ANA L
        PULIDO, ELISEO
Trustee Name: Elizabeth C. Berg, Trustee

    Balance on hand     $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | Snap-on Credit LLC | $ | $ | $ | $ |

    Total to be paid to secured creditors     $_____

    Remaining Balance     $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg & Wallace, LLC | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses     $_____

    Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

    NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $             have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Atlas Acquisitions LLC (Citibank - Sears) | $ | $ | $ |
| 000003 | Atlas Acquisitions LLC (First Equity Card Corp) | $ | $ | $ |
| 000004 | Discover Bank | $ | $ | $ |
| 000005 | GE Capital Retail Bank | $ | $ | $ |
| 000006 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000007 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000008 | Capital Recovery IV LLC | $ | $ | $ |
| 000009 | Capital Recovery IV LLC | $ | $ | $ |
| 000010 | CREDITONE, LLC | $ | $ | $ |
| 000011 | Capital One, N.A. | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

   Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE