UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 12-00047 |
| Eliseo & Ana Pulido, | ) | |
| | ) | Honorable Manuel Barbosa |
| | ) | (Kane County) |
| Debtors. | ) | Hearing Date: December 20, 2012 |
| | ) | Hearing Time: 10:00 A.M. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:            Elizabeth C. Berg, Trustee

Authorized to Provide
Professional Services to:     Estate

Date of Order Authorizing
Employment:                   January 3, 2012

Period for Which
Compensation is sought:       January 3, 2012 to Close of Case

Amount of Fees sought:        $1,000.00

Amount of Expense
Reimbursement sought:         $0.00

This is an:    Interim Application __      Final Application  _X_

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| | | | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is: $0.00.

Dated: November 5, 2012              Elizabeth C. Berg, Trustee of the Estate of
                                     Eliseo & Ana Pulido, Debtors


                                     By: ___/s/Elizabeth C. Berg, Trustee___
                                         Elizabeth C. Berg, Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Eliseo & Ana Pulido, | ) | Case No. 12-00047 |
| | ) | Honorable Manuel Barbosa |
| Debtors. | ) | (Kane County) |
| | ) | Hearing Date: December 20, 2012 |
| | ) | Hearing Time: 10:00 A.M. |

### Application for Allowance and Payment of Final Compensation of Elizabeth C. Berg, as Trustee

Elizabeth C. Berg, not personally but solely as trustee ("Trustee") of the estate ("Estate") of Eliseo & Ana Pulido ("Debtors"), pursuant to sections 326 and 330 of title 11, United States Code ("Code"), requests this Court to enter an order allowing and authorizing payment to Trustee of $1,000.00 as final compensation for services rendered as trustee in this case from January 3, 2012 through the close of this case.  In support thereof, Trustee states as follows:

#### Introduction

1.    Debtors commenced this case on January 3, 2012 ("Petition Date") by filing a voluntary petition for relief under chapter 7 of the Code.

2.    Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3.    The Estate's assets consisted of the Debtors' interest in two automobiles identified as a 2003 Hyundai and 2005 Hummer (collectively, the "Property").

4.    The bar date for filing claims in this case was June 27, 2012.

#### Prior Compensation

5.    This is the first and final application ("Application") for allowance of compensation filed by Trustee in this case.

6. Trustee has not previously received or been promised any payments for services rendered or to be rendered in this case.

### Services Rendered by Trustee

7. Since her appointment in this case, Trustee has performed actual, necessary and valuable services on behalf of the Estate. Itemized billing statements describing the Trustee's services from the date of appointment through the close of the case are attached hereto as Exhibit A. The services rendered by Trustee since her appointment in this case include but are not limited to the following:

A. Trustee reviewed and analyzed the Debtors' Schedules of Assets and Liabilities, the Debtors' Statements of Financial Affairs and conducted an examination of the Debtors pursuant to Section 341 of the Code;

B. Trustee investigated the value to the Property and the Estate's interest in the Property; Trustee negotiated with the Debtors for the purchase of the Estate's equity and interest in the Property; Trustee directed her attorneys to prepare and file a motion to approve the settlement with the Debtors; as a result, the Estate recovered gross proceeds of $4,000.00;

C. Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

D. Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

E. Trustee examined, analyzed and verified proofs of claim filed against the Estate; Trustee contacted a creditor that filed an invalid secured claim and procured the withdrawal of said claim without the need for a formal claim objection; and

F. Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

### Funds Collected and Disbursed by Trustee

8. Trustee has collected the sum of $4,000.02 on behalf of the Estate. Trustee has made $0.00 in disbursements in this case as of the date hereof.

9. Copies of the *Form 1 Individual Estate Property Record and Report and Form 2 Cash and Receipts Record* showing the disposition of the assets of this Estate are attached to hereto the Trustee's Final Report, filed simultaneously herewith, as Exhibits A and B, respectively.

### Compensation Requested

10. During the period covered by this Application, Trustee spent 11.40 hours rendering services on behalf of this Estate with a value of $2,140.00. Trustee estimates that she will spend an additional three hours rendering services with a value of $680.00 to obtain approval of the final report, make a final distribution to creditors and prepare and file her final account.

11. The maximum compensation allowable to Trustee pursuant to section 326 of the Code, based upon the receipts and disbursements listed above, is $1,000.00 as follows:

| | |
|---|---|
| 25% of the first $4,000.00 | <u>$1,000.00</u> |
| Total allowable compensation | $1,000.00 |

After payment of the Estate's administrative claims, Trustee anticipates that there will be sufficient funds to make a distribution to timely filed general unsecured creditors. Trustee anticipates that there will not be a surplus of funds to be returned to the Debtors.

12. Based upon the caliber of the services rendered by Trustee, the results achieved in this case and the efficiency of administration, Trustee requests allowance and payment of final compensation for her services rendered as trustee from the time of her appointment through the closing of this case in the amount of $1,000.00. This

amount represents reasonable compensation for the services rendered by Trustee and is equal to the maximum compensation allowable as set forth in paragraph 11 above.

13. An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Elizabeth C. Berg, as trustee, is attached hereto as Exhibit B.

14. Trustee requests that the compensation requested herein be paid from the Estate funds in her possession.

## Status of the Case

15. The Trustee has liquidated or abandoned (or sought to abandon) all of the assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

16. Trustee has completed and filed her Final Report simultaneously herewith.

WHEREFORE, Elizabeth C. Berg, as trustee of the Estate of Eliseo & Ana Pulido requests the entry of an order providing the following:

A. Allowing to Trustee final compensation in the amount of $1,000.00 for actual and necessary professional services rendered and to be rendered on behalf of this Estate from January 3, 2012 through the closing of this case;

B. Authorizing the Trustee to pay the amount awarded from the Estate funds held by the Trustee as part of her final distribution in this case;

C. For such other and further relief as this Court deems appropriate.

Dated: November 5, 2012          Elizabeth C. Berg, as trustee of the estate of
                                 Eliseo & Ana Pulido, debtors


                                 By:_____/s/_____
                                         Elizabeth C. Berg
Elizabeth C. Berg
Attorney I.D. No. 6200886
19 S. LaSalle St.   Suite 1500
Chicago, IL 60603
(312) 726-8150

4

**Trustee's Itemized Billing Statements**

**Exhibit A**

**Baldi Berg & Wallace, Ltd.**
19 S. LaSalle Street
Suite 1500
Chicago, IL 60603

**Phone:** (312) 726-8150
**Fax:** (312) 726-5067

**FEIN:** 36-4352753

*Invoice submitted to:*

November 1, 2012
Invoice No: 02117

Elizabeth C. Berg, Trustee
Baldi Berg & Wallace, Ltd.
19 S. LaSalle St., Suite 1500
Chicago, IL 60603

**In Reference to:**   *Pulido - Trustee Matters*

**Professional Services**

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 3/26/2012 | ECB | Conduct 341 meeting | 0.20<br>$300.00/ hr | $60.00 |
| 4/20/2012 | JMM | Obtain EIN (.2), Send New Bank Account Request to Congressional (.2), Open new bank account in TCMS (.1) | 0.50<br>$85.00/ hr | $42.50 |
| 4/23/2012 | JMM | Reviewed schedules & added assets into TCMS | 1.10<br>$85.00/ hr | $93.50 |
| 4/23/2012 | JMM | Deposit Check into TCMS (.1) & Send check via FedEx to Congressional Bank (.1) | 0.20<br>$85.00/ hr | $17.00 |
| 5/07/2012 | ECB | Review and verify 4/30/12 bank statement | 0.10<br>$300.00/ hr | $30.00 |
| 5/07/2012 | JMM | Review Bank Statements & Reconcile Accounts | 0.20<br>$85.00/ hr | $17.00 |
| 5/29/2012 | JMM | Deposit Check into TCMS (.1) & Send Check to Congressional via FedEx (.1) | 0.20<br>$85.00/ hr | $17.00 |
| 6/13/2012 | JMM | Process May 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$85.00/ hr | $17.00 |

**Baldi Berg & Wallace, Ltd**                                          11/01/2012

Pulido - Trustee Matters                                          Page    2

---

| Date | Initials | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 7/10/2012 | JMM | Process June 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$85.00/ hr | $17.00 |
| 7/27/2012 | JMM | TC to Debtors Atty re: Pulido SSN | 0.20<br>$125.00/ hr | $25.00 |
| 8/07/2012 | ECB | Re: Pulido -- Review and revise Motion to Dismiss; Review Rule 1007 re SSN requirements | 0.30<br>$300.00/ hr | $90.00 |
| 8/07/2012 | ECB | Review of July 2012 bank statements | 0.10<br>$300.00/ hr | $30.00 |
| 8/08/2012 | JMM | Process July 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$125.00/ hr | $25.00 |
| 8/28/2012 | JMM | Review Claims in preparation for TFR | 0.30<br>$125.00/ hr | $37.50 |
| 9/14/2012 | ECB | Open and approve Aug 2012 bank statement | 0.10<br>$300.00/ hr | $30.00 |
| 9/20/2012 | JMM | Process August 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$125.00/ hr | $25.00 |
| 9/21/2012 | ECB | Email to Debtor's client re overdue installment payment | 0.10<br>$300.00/ hr | $30.00 |
| 9/26/2012 | JMM | Deposit Check into TCMS (.1) & Send Check to Congressional via FedEx (.1) | 0.20<br>$125.00/ hr | $25.00 |
| 10/16/2012 | JMM | Process September 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$125.00/ hr | $25.00 |
| 10/19/2012 | ECB | Review claims, docket and send memo to RKP re prep of final report | 0.90<br>$300.00/ hr | $270.00 |
| 10/22/2012 | RKP | Review case file for information needed to close case and prepare TFR (.3); conference with Trustee re: resolution of | 1.20<br>$195.00/ hr | $234.00 |

**Baldi Berg & Wallace, Ltd**                                                            11/01/2012

Pulido - Trustee Matters                                                            Page     3

---

|            |     |                                                                                                                                                                                                                              |                      |           |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------------------|-----------|
|            |     | secured claim (.2); phone call to creditor re resolution of Trustee's objection to claim (.1); follow-up email with snap-on re: Trustee's objection to claim 1 (.2); update system information for preparation of TFR and NFR (.4). |                      |           |
| 10/24/2012 | RKP | Phone conversation with representative from Snapon re: trustee's objection to claim (.2); follow-up email re: same (.1)                                                                                                      | 0.30<br>$195.00/ hr  | $58.50    |
| 11/01/2012 | ECB | Review, edit and execute Trustee's final report and related documents.                                                                                                                                                       | 1.00<br>$300.00/ hr  | $300.00   |
| 11/01/2012 | RKP | Prepare Trustee fee application (1.0); coversheet, order and affidavit (.3); update system for preparation of TFR and related documents (.5); prepare TFR (.5); and NFR (.4); review and edit TFR package (.5).              | 3.20<br>$195.00/ hr  | $624.00   |

|                   |            |
|-------------------|------------|
| Total Fees        | $2,140.00  |
| Total New Charges | $2,140.00  |
| Previous Balance  | $0.00      |
| Balance Due       | $2,140.00  |

### Timekeeper Summary

| Name               | Hours | Rate     |
|--------------------|-------|----------|
| Elizabeth C Berg   | 2.80  | $300.00  |
| Jason M Manola     | 2.60  | $85.00   |
| Jason M Manola     | 1.30  | $125.00  |
| Ricki K Podorovsky | 4.70  | $195.00  |

**Rule 2016 Affidavit**

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Eliseo & Ana Pulido, | ) | Case No. 12-00047 |
| | ) | |
| | ) | Honorable Manuel Barbosa |
| Debtors. | ) | (Kane County) |

**Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois    )
County of Cook    )

I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

1. I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

2. I have read the First and Final Application for Allowance and Payment of Compensation of Elizabeth C. Berg, as trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services set forth and described in the Application.

3. I have not entered into any agreement with any other person or persons for the sharing of compensation to be received for services rendered in connection with this matter, except among the partners and associates of Baldi Berg & Wallace, Ltd. a law firm at which I have been employed during the pendency of this case. I have not previously received payment of any compensation for services rendered in connection with this case.

4. Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and Sworn to before me
on November 8, 2012.

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit B**