UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
PULIDO, ANA L § Case No. 12-00047
PULIDO, ELISEO §
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C. Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ (see **Exhibit 2**), yielded net receipts of $ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter    on           . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/Elizabeth C. Berg, Trustee_____
                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank Of America Attn: Bankruptcy NC4-105-02-77 Po Box 26012 Greensboro, NC 27410 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank One/Chase 8333 Ridgepoint Dr Irving, TX 75063 | | | | | |
| | Bayview Financial Loan 4425 Ponce De Leon Blvd Coral Gables, FL 33146 | | | | | |
| | Chase Manhattan Mortgage Attention: Research Dept. G7-PP 3415 Vision Drive Columbus, OH 43219 | | | | | |
| | Marshall & Ilsley Bank Attn: Bankruptcy 770 N Water St Milwaukee, WI 53202 | | | | | |
| | Snap On Crdt 1125 Tri-State Par Gurnee, IL 60031 | | | | | |
| | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 | | | | | |
| | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 | | | | | |
| 000001 | SNAP-ON CREDIT LLC | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG, TRUSTEE | | | | | |
| BALDI BERG & WALLACE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cardmember Service PO Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Gemb/water Treatment A Po Box 981439 El Paso, TX 79998 | | | | | |
| | Hsbc Bank Attn: Bankruptcy Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Macy's PO Box 183084 Columbus, OH 43218 | | | | | |
| | Macys/fdsb Macy's Bankruptcy Po Box 8053 Mason, OH 45040 | | | | | |
| | Visdsnb Bankruptcy 6356 Corley Rd Norcross, GA 30071 | | | | | |
| 000002 | ATLAS ACQUISITIONS LLC (CITIBANK - | | | | | |
| 000003 | ATLAS ACQUISITIONS LLC (FIRST EQUIT | | | | | |
| 000006 | CAPITAL ONE BANK (USA), N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000011 | CAPITAL ONE, N.A. | | | | | |
| 000008 | CAPITAL RECOVERY IV LLC | | | | | |
| 000009 | CAPITAL RECOVERY IV LLC | | | | | |
| 000010 | CREDITONE, LLC | | | | | |
| 000004 | DISCOVER BANK | | | | | |
| 000005 | GE CAPITAL RETAIL BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1 - ANA & ELISEO PULIDO

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No.: | 12-00047 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|---|
| Case Name: | PULIDO, ANA L | | | Date Filed (f) or Converted (c): | 01/03/12 (f) |
| | PULIDO, ELISEO | | | 341(a) Meeting Date: | 02/13/12 |
| For Period Ending: | 02/07/13 | | | Claims Bar Date: | 06/27/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE | 265,700.00 | 0.00 | | 0.00 | FA |
| 5103 Hawkwood Court, Carpentersville, IL | | | | | |
| 2. RENTAL PROPERTY | 63,600.00 | 0.00 | | 0.00 | FA |
| 561 Cooper Ave, Elgin, IL 60120 (Ana sole owner) | | | | | |
| 3. RENTAL PROPERTY | 196,300.00 | 0.00 | | 0.00 | FA |
| 5933 Pine Hollow Road, Carpentersville, IL 60110 | | | | | |
| 4. COMMERCIAL PROPERTY | 120,000.00 | 0.00 | | 0.00 | FA |
| 557 Cooper Ave, Elgin, IL 60120 (Auto Repair Shop solely owned by Ana) | | | | | |
| 5. FINANCIAL ACCOUNTS | 11.00 | 0.00 | | 0.00 | FA |
| Chase Bank Checking Account (Jointly) | | | | | |
| 6. FINANCIAL ACCOUNTS | 300.00 | 0.00 | | 0.00 | FA |
| Chase Bank Checking Account (Account Owner is son, Marco A. Pulido. Anna is co-owner because MAP is minor) | | | | | |
| 7. FINANCIAL ACCOUNTS | 10.00 | 0.00 | | 0.00 | FA |
| PNC Bank Checking Account (Jointly Owned) | | | | | |
| 8. FINANCIAL ACCOUNTS | 1.00 | 0.00 | | 0.00 | FA |
| Chase Bank Business Checking Account - TBJ Auto Repair | | | | | |
| 9. FINANCIAL ACCOUNTS | 1.00 | 0.00 | | 0.00 | FA |
| PNC Bank Savings Account | | | | | |
| 10. HOUSEHOLD GOODS | 1,500.00 | 0.00 | | 0.00 | FA |
| 11. WEARING APPAREL | 100.00 | 0.00 | | 0.00 | FA |
| 12. INSURANCE POLICIES | 2,300.00 | 0.00 | | 0.00 | FA |
| 13. PENSION / PROFIT SHARING | 1,500.00 | 0.00 | | 0.00 | FA |
| 14. STOCK | 120,000.00 | 0.00 | | 0.00 | FA |
| TBJ Auto Repair Inc. 557 Cooper Avenue, Elgin, IL 60120 | | | | | |

FORM 1 - ANA & ELISEO PULIDO
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

| Case No: | 12-00047 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | PULIDO, ANA L | | | Date Filed (f) or Converted (c): | 01/03/12 (f) |
| | PULIDO, ELISEO | | | 341(a) Meeting Date: | 02/13/12 |
| | | | | Claims Bar Date: | 06/27/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Building Value: $120,000 | | | | | |
| 15. LIQUIDATED CLAIMS | 7,700.00 | 0.00 | | 0.00 | FA |
| 2010 Tax Refund | | | | | |
| 16. VEHICLES - 06 Pontiac G6 | 5,500.00 | 0.00 | | 0.00 | FA |
| 06 Pontiac G6 - 80,000 miles | | | | | |
| 17. VEHICLES - Chevy Express | 5,000.00 | 0.00 | | 0.00 | FA |
| 2005 Chevy Express - 80,000 miles | | | | | |
| 18. VEHICLES - 2005 Hummer H2 (u) | 16,350.00 | 3,602.00 | | 3,602.00 | 0.00 |
| equity sold to Debtors (with settlement of post-petition Hyundai sale) per order 4/19/12 | | | | | |
| 19. VEHICLES - 2003 Hyundai | 2,000.00 | 400.00 | | 400.00 | FA |
| owned 50% with son, sold post-petition for $600; Trustee settled with debtors as part of order dated 4/19/12 | | | | | |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $807,873.00 | $4,002.00 | $4,002.00 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee negotiated and obtained approval of settlement with Debtors' to recover Estate's equity in two motor vehicles.
Trustee has collected $4,000 in setltlement proceeds and is preparing to make final distribution to creditors.  Trustee
anticipates case will close in early 2013.

Initial Projected Date of Final Report (TFR): 12/01/12    Current Projected Date of Final Report (TFR): 12/15/12

LFORM1

Ver: 16.05c

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

**FORM 1 - ANA & ELISEO PULIDO**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

Exhibit 8

| | | |
|---|---|---|
| Case No: | 12-00047   CAD   Judge: CAROL A. DOYLE | Trustee Name:   Elizabeth C. Berg, Trustee |
| Case Name: | PULIDO, ANA L | Date Filed (f) or Converted (c):   01/03/12 (f) |
| | PULIDO, ELISEO | 341(a) Meeting Date:   02/13/12 |
| | | Claims Bar Date:   06/27/12 |

/s/   Elizabeth C. Berg, Trustee
_____ Date: 02/07/13
ELIZABETH C. BERG, TRUSTEE

FORM 2 ANA & ELISEO PULIDO

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit 9

| Case No: | 12-00047 -CAD | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | PULIDO, ANA L | | Bank Name: | Congressional Bank |
| | PULIDO, ELISEO | | Account Number / CD #: | *******6765 Checking Account |
| Taxpayer ID No: | *******9058 | | | |
| For Period Ending: | 02/07/13 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/23/12 | 18, 19 | Ana Pulido<br>Cashier's Check - Chase | Installment Payment 1 of 6 | 1129-000 | 667.00 | | 667.00 |
| 05/29/12 | 18 | Ana Pulido<br>Cashier's Check - Chase | Installment Payment 2 of 6 | 1129-000 | 667.00 | | 1,334.00 |
| 06/22/12 | 18 | Ana Pulido<br>Cashier's Check - Chase | Installment Payment 3 of 6 | 1129-000 | 667.00 | | 2,001.00 |
| 07/25/12 | 18 | Ana Pulido<br>Cashier's Check - Chase | Installment Payment 4 of 6 | 1129-000 | 667.00 | | 2,668.00 |
| 09/26/12 | 18 | Ana Pulido<br>Cashier's Check - Chase | Installment Payment 5 & 6 | 1129-000 | 1,334.00 | | 4,002.00 |
| 12/21/12 | 003001 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg & Wallace<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Trustee Final Compensation | 2100-000 | | 1,000.00 | 3,002.00 |
| 12/21/12 | 003002 | Baldi Berg & Wallace, LLC<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | TR's Attorney<br>Final Compensation | 3110-000 | | 643.00 | 2,359.00 |
| 12/21/12 | 003003 | Atlas Acquisitions LLC (Citibank - Sears)<br>294 Union St.<br>Hackensack, NJ 07601 | Claim 000002, Payment 2.91% | 7100-000 | | 263.12 | 2,095.88 |
| 12/21/12 | 003004 | Atlas Acquisitions LLC (First Equity Card Corp)<br>294 Union St.<br>Hackensack, NJ 07601 | Claim 000003, Payment 2.91% | 7100-000 | | 222.02 | 1,873.86 |
| 12/21/12 | 003005 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000004, Payment 2.91% | 7100-000 | | 322.21 | 1,551.65 |
| 12/21/12 | 003006 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp | Claim 000005, Payment 2.91% | 7100-000 | | 14.42 | 1,537.23 |
| | | | Page Subtotals | | 4,002.00 | 2,464.77 | |

Ver: 16.05c

FORM 2 PULIDO, ANA & ELISEO PULIDO

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-00047 -CAD | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | PULIDO, ANA L | | Bank Name: | Congressional Bank |
| | PULIDO, ELISEO | | Account Number / CD #: | *******6765 Checking Account |
| Taxpayer ID No: | *******9058 | | | |
| For Period Ending: | 02/07/13 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/21/12 | 003007 | 25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605<br>Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Claim 000006, Payment 2.91% | 7100-000 | | 368.37 | 1,168.86 |
| 12/21/12 | 003008 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Claim 000007, Payment 2.91% | 7100-000 | | 325.20 | 843.66 |
| 12/21/12 | 003009 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000008, Payment 2.91% | 7100-000 | | 293.36 | 550.30 |
| 12/21/12 | 003010 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000009, Payment 2.91% | 7100-000 | | 167.54 | 382.76 |
| 12/21/12 | 003011 | CREDITONE, LLC<br>PO BOX 625<br>METAIRIE, LA 70004-0625 | Claim 000010, Payment 2.91% | 7100-000 | | 333.24 | 49.52 |
| 12/21/12 | 003012 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000011, Payment 2.91% | 7100-000 | | 49.52 | 0.00 |

Page Subtotals  0.00  1,537.23

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

Page: 3

Exhibit 9

FORM 2 ANA & ELISEO PULIDO
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-00047 -CAD | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | PULIDO, ANA L | | Bank Name: | Congressional Bank |
| | PULIDO, ELISEO | | Account Number / CD #: | *******6765 Checking Account |
| Taxpayer ID No: | *******9058 | | | |
| For Period Ending: | 02/07/13 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 4,002.00 | 4,002.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 4,002.00 | 4,002.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 4,002.00 | 4,002.00 | |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | Checking Account - *******6765 | | 4,002.00 | 4,002.00 | 0.00 |
| | | | | | 4,002.00 | 4,002.00 | 0.00 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*